UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-6820-MWF(RAOx)**                                Dated: **January 23, 2018**

Title:   Cree, Inc. -v- ILMG Corporation, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):       ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed January 3, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 12, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                   Initials of Deputy Clerk   cw
CIVIL - GEN

-1-